IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SEAN PHILIP SCHUYLER, | ) | CIVIL 17-00277 LEK-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

On June 11, 2017, Plaintiff Sean Philip Schuyler ("Plaintiff") filed his Complaint for Review of Supplemental Social Security Income Determination ("Complaint") and his Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). [Dkt. nos. 1, 3.] Plaintiff states that he is not employed, and receives $525.00 per month from his parents, *i.e.* $6,300.00 per year. [Application at 1.] He has no dependents. [Id. at 2.] Plaintiff's income is below the poverty threshold for a single individual in Hawai`i, which is currently $13,860.00. See Annual Update of the HHS Poverty Guidelines, 82 Fed. Reg. 8831-03 (Jan. 31, 2017). The Court therefore FINDS that Plaintiff has made the required showing under 28 U.S.C. § 1915 to proceed *in forma pauperis* – in other words, without the prepayment of fees – and GRANTS Plaintiff's Application.

The Clerk of Court issued the Summons in a Civil Action on June 12, 2017. [Dkt. no. 6.] This Court DIRECTS the Clerk's Office to provide Plaintiff with the instructions and all other forms necessary for the United States Marshals Service ("Marshals Service") to attempt service of the Complaint. This Court CAUTIONS Plaintiff that the Marshals Service will not attempt service unless Plaintiff completes all of the necessary forms according to the instructions provided.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 15, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**SEAN PHILIP SCHUYLER VS. NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY; CIVIL 17-00277 LEK-KSC; ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**